# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

STEVEN F. LEWIS,

    Petitioner

    **V.**       Case No. 05-0466-CV-W-GAF-p

MIKE KEMNA,,

    Respondent

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (GAF)(dw)

Entered on: 10/25/05

                                                        P.L. BRUNE
                                                        CLERK OF COURT


                                                        D.M. WEINZERL
                                                       (By) Deputy Clerk